UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TINA BROWN** ) | Case Number: 09-3265 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL COMPLAINT** |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendant.** ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 20th day of August, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: */s/ Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, L.L.P.

BY: */s/ Peter Ryan Rosenzweig*
Peter Ryan Rosenzweig, Esquire
Attorney for Defendant